**No. P66/330.**—Frank P. Dow and Weather–Rite Sportswear Co., Inc., et al. *v.* United States, protests 61/4963, etc. (Seattle).

**No. P66/331.**—Weather–Rite Sportswear Co., Inc. *v.* United States, protests 62/19881, etc. (Seattle).

**No. P66/332.**—Irving Raincoat Co., Inc. *v.* United States, protests 63/5553 and 63/19413 (Portland, Oreg.).

**No. P66/333.**—Irving Raincoat Co., Inc. *v.* United States, protests 63/14074, etc. (Galveston).

**No. P66/334.**—Weather–Rite Sportswear Co., Inc. *v.* United States, protests 63/18310, etc. (New York).

**No. P66/335.**—Weather–Rite Sportswear Co., Inc. *v.* United States, protests 64/16384, etc. (New York).

**No. P66/336.**—Weather–Rite Sportswear Co., Inc. *v.* United States, protests 65/7715, 65/7718, and 65/9021 (New York).

NICHOLS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

**No. P66/337.**—National Silver Co. *v.* United States, protest 65/4424 (Los Angeles).

NICHOLS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 16, 1966

**No. P66/338.**—Accurate Millinery Co. *v.* United States, protest 65/18316 (New York).

NICHOLS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hoods similar in all material respects to those the subject of *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 CCPA 229, C.A.D. 599), the claim of the plaintiff was sustained.